AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 06, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| REBECCA S.,<br><br>*Plaintiff*<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:25-cv-3187-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
The parties' briefs (ECF Nos. 17 and 20) are terminated.
JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   EDWARD F. SHEA

Date:   7/6/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*